AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

BRADLEY THOMAS, &
LAURIE THOMAS,

V.

NCB MANAGEMENT SERVICES, INC., &
JOHN HARDING, INDIVIDUALLY.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 1:06cv165-DRB

TO: (Name and address of Defendant)

JOHN HARDING, EMPLOYEE OF NCB MANAGEMENT SERVICES, INC.
C/O THE CORPORATION COMPANY
2000 INTERSTATE PARK DR., STE 204
MONTGOMERY, ALABAMA 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAVID G. POSTON, ESQ.
ESPY, METCALF & POSTON, P.C.
POST OFFICE DRAWER 6504
DOTHAN, ALABAMA 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 3/1/06

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

BRADLEY THOMAS, &
LAURIE THOMAS,

V.

NCB MANAGEMENT SERVICES, INC., &
JOHN HARDING, INDIVIDUALLY.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:06cv165-DRB

TO: (Name and address of Defendant)

NCB MANAGEMENT SERVICES, INC.
C/O THE CORPORATION COMPANY
2000 INTERSTATE PARK DR., STE 204
MONTGOMERY, ALABAMA 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAVID G. POSTON, ESQ.
ESPY, METCALF & POSTON, P.C.
POST OFFICE DRAWER 6504
DOTHAN, ALABAMA 36302

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

DATE 3/1/06

(By) DEPUTY CLERK