**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NCB MANAGEMENT SERVICES, INC.
C/O THE CORPORATION COMPANY
2000 INTERSTATE PARK DR.
SUITE 204
MONTGOMERY, ALABAMA 36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 3-2-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1:06CV165-DRB

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7002 0860 0008 4125 7077

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540