**CT** CORPORATION

RECEIVED

2006 MAR 10  A 10: 16

March 02, 2006

David G. Poston
Espy, Metclaf & Poston, PC
PO Drawer 6504,
Dothan, AL  36302

Re: Bradley Thomas, et al., Pltfs. vs. NCB Management Services, Inc., et al., Dfts. To: John Harding
Case No. 1:06 cv 165 DRB

Dear Sir/Madam:

We are returning the enclosed papers pertaining to the above action. You have indicated an individual(s) upon which you intend to serve.

CT does not accept service for individuals. CT merely acts as agent for corporations. If you are intending to serve a corporation, please remove the individual's name and return the service to the attention of the company you wish to serve.

Very truly yours,

Connie Tinsley

Log# 510967138

CERTIFIED MAIL 70033110000282959211

cc: New York SOP Support

2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109
Tel. 334 387 7680
Fax 334 387 7682

A WoltersKluwer Company