**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 23, 2006

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:  Thomas et al vs. NCB Management Services, Inc. et al
Civil Action No.   1:06-cv-00165-DRB

The above-styled case has been reassigned to Judge Mark E. Fuller.

Please note that the case number is now 1:06-cv-00165-MEF.  This new case number should be used on all future correspondence and pleadings in this action.