IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRADLEY THOMAS, & <br> LAURIE THOMAS <br><br> Plaintiff, <br><br> v. <br><br> NCB MANAGEMENT SERVICES, <br> INC., & JOHN HARDING, <br> INDIVIDUALLY <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CV1.06-CV-165-MEF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**REPORT OF THE PARTIES PLANNING MEETING
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(f)**

Pursuant to Federal Rule of Civil Procedure 26(f), a telephone conference was held on April 12, 2006, between counsel for Plaintiffs, Gerald A. Templeton, and counsel for Defendants, Jeffrey Luther.

The parties do not request a conference with this Honorable Court before entry of this Scheduling Order.

    1.    **BRIEF NARRATIVE STATEMENTS**

          a.    Plaintiffs' brief narrative statement of the facts and the cause of action are stated in each Count:

                Count I - Violation of Fair Debt Collection Practices Act

                Count II - Invasion of the Right of Privacy:

    Count III - Intentional Infliction of Emotional Distress

    Count IV - Negligent Supervision

  b. Defendant's narrative statement of facts and defenses:

    These Defendants deny Plaintiffs' allegations and further assert the affirmative defenses as stated in their Answer.

2. This jury action should be ready for trial by July 30, 2007 and at this time it is expected to take approximately 2 days, excluding jury selection.

3. The parties request a pre-trial conference in June, 2007.

4. Discovery Plan:

The parties jointly propose to the Court the following discovery plan:

  a. Discovery will be needed on all issues raised in the Complaint and Answer, including Affirmative Defenses;

  b. All discovery commenced in time to be completed by February 19, 2007.

5. Initial Disclosures:

The parties will exchange by May 15, 2006, the information required by Federal Rules of Civil Procedure 26(a)(1).

6. The Plaintiffs' request until July 31, 2006 to join additional parties and amend the pleadings. The Defendants request until August

       3 , 2006 to amend pleadings.

7.    Reports from retained experts under Rule 26(a)(2) are due:

    a.    From the Plaintiffs on November 13, 2006.

    b.    From the Defendants on December 20, 2006.

8.    Pretrial Disclosures:

Final lists of witnesses and exhibits under Rule 26(a)(3) will be served in accordance with the Court's Pretrial Order.

9.    Discovery Limits:

    a.    Maximum of 50 Interrogatories by each party to any other party. Responses due 30 days after service.

    b.    Maximum of 8 depositions by Plaintiffs and 8 by Defendants. Each deposition limited to maximum of 5 hours unless extended by agreement of parties.

    c.    Maximum of 30 Requests for Admission of each party to any other party. Responses due 30 days after service.

    d.    Maximum of 50 Requests for Production of Documents by each party to any party. Responses due 30 days after service.

10.    All potentially Dispositive Motions filed by February 19, 2007.

Pursuant to mutual agreement between Gerald A. Templeton and Jeffrey Luther, they hereby certify that on April 13, 2006, the above foregoing was

electronically filed with the Clerk of Court using CM/ECF system which will send notification of such filing to the following:

David G. Poston, Esquire
Brock and Stout
P. O. Drawer 311167
Enterprise, AL 36331-1167

s/Jeffrey L. Luther
Jeffrey L. Luther, Esquire
Luther Oldenburg & Rainey, P.C.
P.O. Drawer 1003
Mobile, AL 36633

s/Gerald A. Templeton
Gerald A. Templeton, Esquire
The Templeton Group, P.C.
1000 Providence Park, Suite 200
Birmingham, AL 35244