IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRADLEY THOMAS & LAURIE THOMAS, | § § § |
| Plaintiffs, | § § |
| v. | §  CV1.06CV165.DRB § |
| NCB MANAGEMENT SERVICES, INC., & JOHN HARDING, INDIVIDUALLY, | § § § § |
| Defendants. | § § |

**NOTICE OF FILING**

TO:  Debra P. Hackett, Clerk of Court
Middle District of Alabama
Montgomery, Alabama 36104

Please take notice that the undersigned has, by mail this date, served on counsel for the Plaintiff, the following:

(X)  Defendants' First Set of Interrogatories and Requests for Production of Documents.

Dated this the 12th day of July, 2006

Respectfully submitted,

_____
JEFFREY L. LUTHER (LUTHJ0532
MICHAEL P. BARRATT (BARRM3920)
Attorneys for Defendants

**OF COUNSEL:**

LUTHER OLDENBURG & RAINEY
Post Office Box 1003
Mobile, AL 36633
PH:   251-433-8088
FX:   251-433-8011

## CERTIFICATE OF SERVICE

I do certify that I have on this 12th day of July, 2006, served a copy of the foregoing pleading on all counsel of record via U.S. First Class Mail on the following:

David G. Poston, Esquire
Post Office Drawer 6504
Dothan, AL 36302

_____
OF COUNSEL