IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRADLEY THOMAS, & <br> LAURIE THOMAS <br><br> Plaintiff, <br><br> v. <br><br> NCB MANAGEMENT SERVICES, <br> INC., & JOHN HARDING, <br> INDIVIDUALLY <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 1:06-CV-165 |

**OFFER OF JUDGMENT**

COMES NOW, the Defendants, NCB MANAGEMENT SERVICES, INC., and JOHN HARDING, by and through their undersigned counsel of record, and pursuant to Rule 68 of the Federal Rules of Civil Procedure offer to allow Judgment to be entered against them by the Plaintiffs in the amount of $4,000.00 (FOUR THOUSAND DOLLARS and 00/100) which is to be inclusive of all attorney's fees and any costs relating to or arising out of this matter.

Respectfully submitted,

___/s/ Michael P. Barratt_____
JEFFREY L. LUTHER (LUTHJ0532)
MICHAEL P. BARRATT (BARRM3920)
Attorneys for Defendants

**OF COUNSEL:**

LUTHER, OLDENBURG & RAINEY, P.C.
Post Office Box 1003
Mobile, Alabama 36633
PH:   (251) 433-8088
FX:   (251) 433-8011

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 17th day of July, 2006, served a copy of the foregoing upon counsel to all parties to this proceeding by placing the same in the United States mail, properly addressed and first-class postage prepaid.

David G. Poston, Esquire
Brock and Stout
P. O. Drawer 311167
Enterprise, AL 36331-1167
(334) 671-5555
(334) 671-2689 (Fax)

Gerald A. Templeton, Esq.
The Templeton Group, P.C.
1000 Providence Park, Suite 200
Birmingham, AL 35244
(205) 980-8828
(205) 980-8848

___/s/ Michael P. Barratt_____
OF COUNSEL