IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRADLEY THOMAS, & ) <br> LAURIE THOMAS ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NCB MANAGEMENT SERVICES, ) <br> INC., & JOHN HARDING, ) <br> INDIVIDUALLY ) <br> ) <br>     Defendants. ) | CV1.06-CV-165-MEF-DRB |

**DEFENDANTS' RULE 26 DISCLOSURES**

COMES NOW, the Defendants, NCB MANAGEMENT SERVICES, INC., and JOHN HARDING, by and through their undersigned counsel of record and pursuant to Rule 26 of the Federal Rules of Civil Procedure, submits their initial disclosures as follows:

A.    **WITNESS LIST**

The Defendants provide the name and, if known, the address and telephone number of individuals believed to have discoverable, non-privileged knowledge concerning any significant factual issue specifically raised in the Pleadings or identified by the parties in their report to the Court under Fed.R.Civ.P. 26(f):

Richard Silver
1 Allied Drive
Trevose, PA 19053

John Harding
1 Allied Drive
Trevose, PA 19053

Plaintiffs: Bradley & Laurie Thomas

**B.   DOCUMENT LIST**

No responsive documents at this time.

**C.   DAMAGES**

The Defendants are not seeking recovery of monetary damages in this action.

**D.   INSURANCE AGREEMENTS**

See attached declaration page.

                Respectfully submitted,

                */s/ Michael P. Barratt*
                JEFFREY L. LUTHER (LUTHJ0532)
                MICHAEL P. BARRATT (BARRM3920)
                Attorneys for NCB Management Services, Inc.
                and John Harding

**OF COUNSEL:**

LUTHER, OLDENBURG & RAINEY, P.C.
Post Office Box 1003
Mobile, Alabama 36633
PH:   (251) 433-8088
FX:   (251) 433-8011

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have this 17th day of July, 2006, served a copy of the foregoing upon counsel to all parties to this proceeding by placing the same in the United States mail, properly addressed and first-class postage prepaid.

David G. Poston, Esquire
Brock and Stout
P. O. Drawer 311167
Enterprise, AL 36331-1167
(334) 671-5555
(334) 671-2689 (Fax)

Gerald A. Templeton, Esq.
The Templeton Group, P.C.
1000 Providence Park, Suite 200
Birmingham, AL 35244
(205) 980-8828
(205) 980-8848

                                                  /s/ *Michael P. Barratt*
                                                     OF COUNSEL

## STEADFAST INSURANCE COMPANY
Dover, Delaware
Administrative Offices - 1400 American Lane, Schaumburg, Illinois 60196-1056

### SPECIFIED PROFESSIONS PROFESSIONAL LIABILITY INSURANCE

Policy Number:  EOC 5894084 00                Renewal of:

THIS POLICY PROVIDES CLAIMS-MADE COVERAGE. CLAIMS MUST FIRST BE MADE AGAINST THE INSURED DURING THE POLICY PERIOD AND MUST BE REPORTED IN WRITING TO THE COMPANY DURING THE POLICY PERIOD OR THE EXTENDED REPORTING PERIOD, IF EXERCISED. THE PAYMENT OF CLAIM EXPENSES REDUCES THE LIMITS OF INSURANCE. PLEASE READ THE ENTIRE POLICY CAREFULLY.

### DECLARATIONS

ITEM 1.  Named Insured:              NCB Management Services, Inc.

ITEM 2.  Mailing Address:            3325 Street Rd. Bldg 4., Ste 220
                                     Bensalem, PA 19020

ITEM 3.  Professional Services:      Solely in the performance of providing collection services for others
                                     for a fee

ITEM 4.  Policy Period:              Inception Date: May 1, 2005 to  Expiration Date: May 1, 2006
                                     (12.01 A.M. Standard time at the address shown above).

ITEM 5.  Retroactive Date:           11/1/2000- $3mm Limit
                                     3/12/2004 $2mm xs $3mm

ITEM 6.  Limits of Liability:        $3,000,000    Each Claim
                                     $3,000,000    Aggregate - Each Policy Period

ITEM 7.  Deductible:                 $25,000       Each and Every Claim

ITEM 8.  Premium:                    $39,440

ITEM 9.  Extended Reporting Period:  12 Months at 100% of the annual premium

ITEM 10. Endorsement(s) Effective at Inception:    1-8

Countersigned this ___17th___ day of __MAY 2005__  _____
                                                      Authorized Representative

STF-PL-D-507-A CW
(9/96)