IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRADLEY THOMAS & <br> LAURIE THOMAS, <br><br> Plaintiffs, <br><br> v. <br><br> NCB MANAGEMENT SERVICES, <br> INC., & JOHN HARDING, <br> INDIVIDUALLY, <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § CV1.06CV165.DRB <br> § <br> § <br> § <br> § <br> § <br> § |

**NOTICE OF FILING**

TO:   Debra P. Hackett, Clerk of Court
      Middle District of Alabama
      Montgomery, Alabama 36104

Please take notice that the undersigned has, by mail this date, served on counsel for the Plaintiff, the following:

(X)   Defendant's Responses to the Plaintiff's First Request for Admissions of John Browning; and

(X)   NCB Management Services, Inc.'s Response to Plaintiff's First Request for Admissions.

Dated this the 30th day of August, 2006

                             Respectfully submitted,


                           __/s/Michael P. Barratt_____
                           JEFFREY L. LUTHER (LUTHJ0532
                           MICHAEL P. BARRATT (BARRM3920)
                           Attorneys for Defendants

**OF COUNSEL:**

LUTHER OLDENBURG & RAINEY
Post Office Box 1003
Mobile, AL 36633
PH:   251-433-8088
FX:   251-433-8011

## CERTIFICATE OF SERVICE

      I do certify that I have on this 30th day of August, 2006, served a copy of the foregoing pleading on all counsel of record via U.S. First Class Mail on the following:

David G. Poston, Esquire
Brock and Stout
Post Office Drawer 6504
Dothan, AL 36302

Gerald A. Templeton, Esquire
The Templeton Group, P.C.
1000 Providence Park, Suite 200
Birmingham, AL 35244

                                                   /s/Michael P. Barratt
                                                       OF COUNSEL