IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRADLEY THOMAS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 2:06-CV-165-MEF-DRB |
| ) | |
| NCB MANAGEMENT SERVICES, INC., ) | |
| JOHN HARDING, an Individual, ) | |
| ) | |
| Defendants. ) | |

## SHOW-CAUSE ORDER

Pursuant to referral from the assigned District Judge, it is

**ORDERED** that Defendant John Harding show any cause by September 12, 2006, why the court should not grant the *Motion of Plaintiffs Pursuant to F.R.C.P. 36 to Deem Facts as Admitted Against John Harding.*

DONE THIS 5TH DAY OF SEPTEMBER, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE