IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

BRADLEY THOMAS, et al.,                    )
                                           )
        Plaintiffs,                        )
                                           )
v.                                         )        2:06-CV-165-MEF-DRB
                                           )        wo
NCB MANAGEMENT SERVICES, INC.,             )
JOHN HARDING, an Individual,               )
                                           )
        Defendants.                        )

## ORDER ON MOTION

Pursuant to referral from the District Judge, the undersigned Magistrate Judge has reviewed the *Motion of Plaintiffs Pursuant to F.R.C. P. 36 to Deem Facts as Admitted Against John Harding* (Doc. 25, Aug. 30, 2006) and the *Defendant, John Harding's Response to Show Cause Order Issued on September 5, 2006* (Doc. 32, Sept. 7, 2006), which represents that he "was not served with discovery, including Requests for Admissions, Interrogatories, and Requests for Production until September 5, 2006." For the good cause stated in opposition, it is

**ORDERED**   that *Plaintiffs' Motion* (Doc. 25) is **DENIED.**

DONE THIS 8TH DAY OF September, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE