IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRADLEY THOMAS, & <br> LAURIE THOMAS | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | |
| v. | ) <br> ) | 1:2006-CV-165-MEF-DRB |
| NCB MANAGEMENT SERVICES, <br> INC., & JOHN HARDING, <br> INDIVIDUALLY | ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

COMES NOW, D. TRICE STABLER, of Luther, Oldenburg & Rainey, P.C., and appears as additional counsel of record for Defendants, NCB MANAGEMENT SERVICES, INC. AND JOHN HARDING, in the above-styled cause.

Respectfully submitted,

_____
D. TRICE STABLER (STA080)
Dtstabler@lor-lawyers.com
Attorneys for NCB Management Services, Inc.
and John Harding

OF COUNSEL:

LUTHER, OLDENBURG & RAINEY, P.C.
Post Office Box 1003
Mobile, Alabama 36633
PH:   (251) 433-8088
FX:   (251) 433-8011

## CERTIFICATE OF SERVICE

I hereby certify that I have this 9th day of April 2007, served a copy of the foregoing upon counsel to all parties to this proceeding by E-file or by placing the same in the United States mail, properly addressed and first-class postage prepaid.

David G. Poston, Esquire
Brock and Stout
P. O. Drawer 311167
Enterprise, AL 36331-1167
(334) 671-5555
(334) 671-2689 (Fax)

Gerald A. Templeton, Esq.
The Templeton Group, P.C.
1000 Providence Park, Suite 200
Birmingham, AL 35244
(205) 980-8828
(205) 980-8848

OF COUNSEL