## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| BRADLEY THOMAS, & LAURIE THOMAS | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:2006-CV-165-MEF-DRB |
| | ) | |
| NCB MANAGEMENT SERVICES, INC., & JOHN HARDING, INDIVIDUALLY | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF WITHDRAWAL

COMES NOW, MICHAEL P. BARRATT, one of the attorneys of record for Defendants, NBC MANAGEMENT SERVICES, INC., and JOHN HARDING, in the above styled cause of action, and gives notice to this Honorable Court that he is withdrawing as counsel of record for said Defendants, NBC MANAGEMENT SERVICES, INC., and JOHN HARDING, and in support thereof would state unto this Honorable Court as follows:

1.    The undersigned counsel is no longer employed with the firm of Luther, Oldenburg & Rainey, P.C.  Jeff L. Luther, Esquire and the law firm of Luther, Oldenburg & Rainey, P.C. will continue representing Defendants, NBC MANAGEMENT SERVICES, INC., in the above-referenced matter.

Respectfully submitted,


*/ Michael P. Barratt /* _____
MICHAEL P. BARRATT (BAR143)
Attorneys for NCB Management Services, Inc.
and John Harding

**OF COUNSEL:**

LUTHER, OLDENBURG & RAINEY, P.C.
Post Office Box 1003
Mobile, Alabama 36633
PH:   (251) 433-8088
FX:   (251) 433-8011


## CERTIFICATE OF SERVICE

I hereby certify that I have this 18th day of April, 2007, served a copy of the foregoing upon counsel to all parties to this proceeding via the Clerk of Court, CM/ECF, which lists the following attorneys of record:

David G. Poston, Esquire
Brock and Stout
P. O. Drawer 311167
Enterprise, AL 36331-1167
(334) 671-5555
(334) 671-2689 (Fax)

Gerald A. Templeton, Esq.
The Templeton Group, P.C.
1000 Providence Park, Suite 200
Birmingham, AL 35244
(205) 980-8828
(205) 980-8848


*/ Michael P. Barratt /* _____
OF COUNSEL