IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRADLEY THOMAS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 1:06-cv-165-MEF |
| ) | |
| NCB MANAGEMENT SERVICES, ) | |
| INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

Upon consideration of the defendants' Notice of Withdrawal (Doc. #39) filed on April 18, 2007 which the court construes as a motion to withdraw, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 18th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE