IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRADLEY THOMAS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 1:06-CV-165-MEF |
| ) | |
| NCB MANAGEMENT SERVICES, INC., ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon of review and consideration of Plaintiffs' *Motion to Compel* (Doc. 41, filed April 25, 2007), it is

**ORDERED** that Defendant show cause why this motion should not be granted on or before **May 4, 2007**.

DONE this 26th day of April, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE