IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRADLEY THOMAS, *et al.*, | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-CV-165-MEF |
| | ) | |
| NCB MANAGEMENT SERVICES, INC., | ) | |
| *et al.*, | ) | |
| | ) | |
|    Defendants. | ) | |

## ORDER

Upon referral of this case to the undersigned for discovery issues, it is **ORDERED** that the parties appear telephonically or in person on **May 9, 2007 at 9:00 a.m.** for a **HEARING** on

(1) Plaintiffs' *Motion to Compel* (Doc. 41, filed April 25, 2007), and Defendants' Response (Doc. 43, filed May 4, 2007); and

(2) *Defendants' Objection to and Motion to Quash Plaintiffs' Rule 30(b)(5) Request for Production of Documents* (Doc. 44) and any subsequent response.

The hearing shall be heard in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. The hearing shall be attended by at least one of the attorneys representing each of the parties. If appearing telephonically, the parties shall jointly contact the court by 9:00 a.m. to initiate the hearing.

DONE this 7th day of May, 2007.

                                 /s/Terry F. Moorer
                                 TERRY F. MOORER
                                 UNITED STATES MAGISTRATE JUDGE