### IN THE UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| BRADLEY THOMAS, & LAURIE THOMAS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:2006-CV-165-MEF-DRB |
| ) | |
| NCB MANAGEMENT SERVICES, INC., & JOHN HARDING, INDIVIDUALLY ) | |
| ) | |
| Defendants. ) | |

## MOTION TO RESCHEDULE PRETRIAL CONFERENCE

COMES NOW, JEFFREY L. LUTHER as counsel for NCB MANAGEMENT SERVICES, INC. and STEVE UVA (improperly named in the Plaintiffs' Complaint as JOHN HARDING), the Defendants in the above styled cause of action, and respectfully requests that this Honorable Court reschedule the Pretrial Conference that is currently set for June 15, 2007. In support of this motion, the undersigned sets forth the following:

1. The Alabama Defense Lawyers Association's annual meeting is scheduled for the afternoon of June 14th through June 17th, 2007 in Destin, Florida. The undersigned counsel has registered and prepaid for attendance at this meeting.

---

2. The undersigned counsel is respectfully requesting that the pretrial conference be moved up to June 11th, 12th, 13th or 14th, or moved back to June 18th, 19th, or 20th, or any other date thereafter that is convenient for the Court.

WHEREFORE, the foregoing premises considered, the undersigned respectfully requests that this Honorable Court reschedule the June 15, 2007 Pretrial Conference.

                                    Respectfully submitted,

                                    /s/ *Jeffrey L. Luther*
                                  JEFFREY L. LUTHER (LUTHJ0532)
                                  Attorney for NCB Management Services, Inc.
                                  and Steve Uva

**OF COUNSEL:**

LUTHER, OLDENBURG & RAINEY, P.C.
Post Office Box 1003
Mobile, Alabama 36633
PH:   (251) 433-8088
FX:   (251) 433-8011

**CERTIFICATE OF SERVICE**

     I hereby certify that I have this  4th  day of June 2007, served a copy of the foregoing pleading was electronically filed with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following:

David G. Poston, Esquire
Walter A. Blakeney, Esquire
Brock and Stout
P. O. Drawer 311167
Enterprise, AL 36331-1167
(334) 671-5555
(334) 671-2689 (Fax)

Gerald A. Templeton, Esq.
The Templeton Group, P.C.
1000 Providence Park, Suite 200
Birmingham, AL 35244
(205) 980-8828
(205) 980-8848

                                          /s/ Jeffrey L. Luther
                                          OF COUNSEL