IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| BRADLEY THOMAS, | ) | CASE NUMBER: |
| & LAURIE THOMAS, | ) | |
| | ) | 1:06-CV-165 |
| PLAINTIFFS, | ) | |
| VS. | ) | |
| | ) | |
| NCB MANAGEMENT SERVICES, INC., | ) | |
| & JOHN HARDING, INDIVIDUALLY, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

COMES NOW, Michael D. Brock, and respectfully files this Motion To Withdraw As Attorney Of Record. As grounds for this motion, the undersigned states that he was inadvertently added as attorney of record on behalf of the Plaintiffs in the Notice Of Appearance filed on May 14, 2007 that is on the record of the Clerk of Court as docket entry number 52. Furthermore, the undersigned also states that he is unfamiliar with the facts and claims pertaining to this matter; that he has expended no time prosecuting this matter; and that he has no intention of submitting a fee application in this matter.

WHEREFORE, the undersigned respectfully requests that he be withdrawn as attorney of record on behalf of the Plaintiffs, and for all other relief as may be just.

Respectfully submitted this **4th** day of June, 2007.

Michael D. Brock, Esq.
BROCK & STOUT, LLC.
Post Office Drawer 311167
Enterprise, Alabama 36331
Telephone: (334) 671-5555
Facsimile: (334) 671-2689
Email: brockstout@enter.twbc.com

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have this date served a copy of the foregoing upon Gerald A. Templeton, Esq., David G. Poston, Esq., and Walter A. Blakeney, Esq., Attorneys for Plaintiffs, and Jeffrey L. Luther, Esq. and D. Trice Stabler, Esq., Attorneys for Defendants, via electronic mail at jerry@ttgpc.com, david@circlecitylaw.com, walter@circlecitylaw.com, jlluther@lor-lawyers.com, and dtstabler@lor-lawyers.com, this **4th** day of June, 2007:

Michael D. Brock