IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRADLEY THOMAS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 1:06-cv-165-MEF |
| ) | |
| NCB MANAGEMENT SERVICES, ) | |
| INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the defendant's Motion to Continue Pretrial Conference (Doc. #54) filed on June 4, 2007, it is hereby

ORDERED that the plaintiffs show cause in writing on or before June 11, 2007 as to why the motion should not be granted.

DONE this the 5th day of June, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE