IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRADLEY THOMAS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) 1: 2006-CV-165-MEF-TFM |
| | ) |
| NCB MANAGEMENT SERVICES, INC.,) | |
| STEVEN MICHAEL UVA (aka JOHN | ) |
| HARDING), an Individual | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DEFENDANT'S NAME CORRECTION AND
JOINT STIPULATION OF DIMISSAL OF ALL CLAIMS**

**COMES NOW**, the undersigned legal counsel for Plaintiff and Defendants and hereby files this Joint Stipulation of Dismissal of all claims against the Defendants. The Defendants Include <u>NCB Management Services, Inc.</u> and its employee <u>Steven Michael Uva.</u> Mr. Uva was previously and incorrectly identified by an alias he uses - John Harding - in the Plaintiff's Complaint and in an Answer to the complaint filed by counsel for the Defendant in this matter. The parties herein jointly stipulate to the substitution of Steven Michael Uva's name in this matter and in the Style of this matter, in lieu of his alias name of John Harding.

Undersigned legal counsel request this honorable Court to enter an appropriate order dismissing Plaintiff's claims against these Defendants, with their correct names with prejudice, and to make such order final pursuant to the Federal Rules of Civil Procedure.

1

Further, undersigned counsel request this court to allow for necessary time to have the settlement of the claims completed as well as subsequently approved by the Bankruptcy Court wherein the Plaintiffs currently have a Chapter 13 repayment plan approved and pending. Stated otherwise, the parties request that before final dismissal of this action, the court allow time for the Parties to reinstate the action without prejudice should the settlement not be approved by the Bankruptcy Court or it fail to be completed by payment in full of the settlement proceeds.

Respectfully submitted and done on this the 11th day of June 2007.

_____
**Gerald A. Templeton, Esq. (TEM002)**
**an Attorney for Plaintiff**

**Of Counsel**
**THE TEMPLETON GROUP, P.C.**
1000 Providence Park
Suite 200
Birmingham, Alabama 35242
(205) 980 8828 phone
(205) 980 8848 Facsimile


_____
**Jeffery L. Luther, Esq. (LUTHJ0532)**
An Attorney for NCB Management Services
and Steven M. Uva.

**Of Counsel**
Luther, Oldenburg & Rainey, P.C.
PO Box 1003
Mobile, AL 36633
(251) 433 8088
(251) 433 8011