IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRADLEY THOMAS, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 1:06-cv-165-MEF |
| ) | |
| NCB MANAGEMENT SERVICES, ) | |
| INC., *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

The court has been notified by the parties that the dispute in the above-referenced case has been resolved. *See* Doc. # 58. Accordingly, it is hereby ORDERED as follows:

1. All deadlines and hearings in this case, including the pretrial conference scheduled for June 15, 2007 and trial set for July 30, 2007 are hereby CONTINUED GENERALLY.

2. The Motion to Continue Pretrial Conference (Doc. #54) filed on June 4, 2007 is DENIED as MOOT.

3. Counsel for Plaintiff shall notify the Court in writing when the Bankruptcy Court approves the settlement. After said notification is provided, the Court will enter the final judgment on the parties' joint stipulation.

4. If the case remains pending on **September 12, 2007**, Plaintiff is ORDERED to file a report on the status of the bankruptcy approval.

DONE this 12th day of June, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE