IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BRADLEY THOMAS, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| vs. | ) 1: 2006-CV-165-MEF-TFM |
| | ) |
| **NCB MANAGEMENT SERVICES, INC.,** | ) |
| **STEVEN MICHAEL UVA (aka JOHN** | ) |
| **HARDING), an Individual** | ) |
| | ) |
| **Defendants.** | ) |

**NOTICE TO COURT OF BANKRUPTCY COURT APPROVAL OF
SETTLEMENT AND FINAL DISMISSAL REQUESTOF ALL CLAIMS**

**COMES NOW**, the undersigned legal counsel for Plaintiff and files this Notice to the Court required in this Court's order of June 12, 2007 (Doc #59) of the approval by the Bankruptcy Court's approval of the settlement herein. The settlement was between the Plaintiffs and defendants NCB Management Services, Inc. and its employee Steven Michael Uva - aka John Harding. (The parties previously stipulated to the substitution of Steve Uva as a party defendant in lieu of his alias name of John Harding.)

Attached hereto is a copy of the order from Honorable Dwight H. Williams, Jr., U.S. Bankruptcy Judge in the Middle District of Alabama approving the settlement of the parties in Bankruptcy Case No. 06-10305.

1

With all conditions satisfied for the conclusion of this matter, the parties request that the court enter a final order of dismissal of all claims with prejudice in this matter. Costs taxed as paid.

Respectfully submitted and done on this the **18th** day of **July 2007.**

/s/ Gerald A. Templeton
**Gerald A. Templeton, Esq.**
An Attorney for Plaintiff

**OF COUNSEL**:
**THE TEMPLETON GROUP, P.C.**
1000 Providence Park
Suite 200
Birmingham, Alabama 35242
(205) 980 8828 phone
(205) 980 8848 Facsimile
jerry@ttgpc.com email

**CERTIFICATE OF SERVICE**

I hereby certify that on this **18th** day of **July 2007**, I served by Electronic Transmission, a true and correct copy of the foregoing document to the following parties:

**Jeffery L. Luther, Esq.** (LUTHJ0532)
**Daniel T. Stabler, Esq.**
Attorneys for NCB Management Services.
And Steve Uva
PO Box 1003
Mobile, AL 36633
(251) 433 8088
(251) 433 8011

**David G. Poston** (POS007)
Brock and Stout
PO Drawer 311167
Enterprise, AL 36331-1167
(334) 671 5555
(334) 671 2689 Fax

/s/ Gerald A. Templeton
OF COUNSEL

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                                                    Case No. 06-10305
                                                                                         Chapter 13
Bradley Bill Thomas and Laurie Ann Thomas

    Debtors

## ORDER

This case is before the court on the following matter:

*Order Granting Rule 9007-1 Motion to Approve Compromise or Settlement (Related Doc # [52]) Entered On 7/3/2007. (JV, )*

It appears that notice has been given pursuant to LBR 9007-1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

Dated: July 3, 2007

                                                Dwight H. Williams Jr.
                                                United States Bankruptcy Judge